IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DRANSON PHAM**                                                            **PLAINTIFF**

**v.**                               **CIVIL ACTION: 1:14cv12-HSO-RHW**

**HONG VAN NGUYEN, and**
**MEN THI LY**                                                   **DEFENDANTS**

## FINAL JUDGMENT

This case came before the Court on April 14, 2016, for a trial without a jury. Pursuant to the Court's Findings of Fact and Conclusions of Law entered on this date, which are incorporated herein by reference, and pursuant to Federal Rule of Civil Procedure 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 5th day of July, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE